FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 04 2003

at 11 o'clock and 25 min. ___ M.
WALTER A. Y. H. CHINN, CLERK

EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON #4532
Assistant U. S. Attorney

OMER G. POIRIER
Assistant U. S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: omer.poirier@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. **CR**03-00439 **HG** |
| | ) | |
| Plaintiff, | ) | INDICTMENT |
| | ) | |
| vs. | ) | [18 U.S.C. § 922(g)(3)] |
| | ) | |
| KIMI LEI FANKBONER, | ) | |
| | ) | |
| Defendant. | ) | |

INDICTMENT

The Grand Jury charges:

On or about August 20, 2003, in the District of Hawaii,

the defendant, KIMI LEI FANKBONER, then being an unlawful user of

a controlled substance as defined in 21 U.S.C. § 802, did

knowingly possess in and affecting commerce a firearm and

ammunition, that is: a loaded North American Arms, caliber .22 mini five shot revolver.

All in violation of 18 U.S.C. § 922(g)(3).

DATED:  _____SEP 4 2003_____, at Honolulu, Hawaii.

A TRUE BILL

/S/

FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

RONALD G. JOHNSON
Assistant U.S. Attorney

OMER G. POIRIER
Assistant U.S. Attorney

United States v. Kimi Fankboner
Cr. No. _____
"Indictment"