AO 245D (Rev. 8/96) Sheet 1 - Judgment in a Criminal Case for Revocation

**ORIGINAL**

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 10 2005

at \_11\_ o'clock and \_\_\_ min. \_\_M
SUE BEITIA, CLERK

# United States District Court
## District of Hawaii

UNITED STATES OF AMERICA
v.
**KIMI LEI FANKBONER**
(Defendant's Name)

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)
(For Offenses committed on or after November 1, 1987)

Criminal Number: **1:03CR00439-001**
USM Number: 90750-022

Pamela J. Byrne, AFPD
Defendant's Attorney

## THE DEFENDANT:

[✔] admitted guilt to violation of condition(s) General Condition, Special Condition No. 1, Standard Condition No. 6, of the term of supervision.
[ ] was found in violation of condition(s) \_\_\_\_\_ after denial or guilt.

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| See next page. | | |

The defendant is sentenced as provided in pages 2 through _3_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has not violated condition(s) \_\_\_\_\_ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: 5753

Defendant's Residence Address:
Kauila Street
Hilo, HI 96720

Defendant's Mailing Address:
Kauila Street
Hilo, HI 96720

November 3, 2005
Date of Imposition of Sentence

Signature of Judicial Officer

**HELEN GILLMOR**, United States District Judge
Name & Title of Judicial Officer

11·9·05
Date

AO 245 D (Rev. 3/95) Judgment in a Criminal Case for Revocation Sheet I

| CASE NUMBER: | 1:03CR00439-001 | Judgment - Page 2 of 3 |
|---|---|---|
| DEFENDANT: | KIMI LEI FANKBONER | |

## ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | Subject's urine specimen submitted on 6/28/2004 tested positive for methamphetamine/amphetamine | |
| 2 | Subject refused to submit to drug testing on 7/12/2004 | |
| 3 | Subject failed to enter into the Drug Addiction Services of Hawaii substance abuse program | |
| 4 | Subject failed to notify her Probation Officer of a change in residence | |
| 5 | Subject failed to appear for substance abuse counseling at the Big Island Substance Abuse Council on 4/20/2005 and 4/26/2005 | |
| 6 | Subject failed to notify the Probation Office of her change in address on 4/8/2005 | |
| 7 | Subject refused to comply with drug testing on 5/5/2005 | |

AO 245B (Rev. 12/03) Sheet 2 - Imprisonment

| | | |
|---|---|---|
| CASE NUMBER: | 1:03CR00439-001 | Judgment - Page 3 of 3 |
| DEFENDANT: | KIMI LEI FANKBONER | |

## IMPRISONMENT

    The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of  6 MONTHS .

[ ]    The court makes the following recommendations to the Bureau of Prisons:

[✔]    The defendant is remanded to the custody of the United States Marshal.

[ ]    The defendant shall surrender to the United States Marshal for this district.
      [ ] at ___ on ___.
      [ ] as notified by the United States Marshal.

[ ]    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
      [ ] before _ on ___.
      [ ] as notified by the United States Marshal.
      [ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

    Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

                                                                                      UNITED STATES MARSHAL

                                         By _____
                                                                     Deputy U.S. Marshal